Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Grace A. Rawlins
grawlins@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:     (212) 292-5391
*Attorneys for Plaintiff*
*Diesel S.p.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIESEL S.P.A.,<br><br>*Plaintiff*<br><br>v.<br><br>DESIGNER_BAG990, DESIGNER_BAGS8899, DESIGNER_CHANEI_BAG, DESIGNER_HANDBAG_BAG, DESIGNER_WOMEN_BAG, DESIGNERBAG258, DESIGNERBAG83, DESIGNERS_BAG001, DESIGNERSHOES668, DESIGNERTOTEBAGS, DESIRABLE_BAGS, DG_BAG, DH2024, DHFASHIONBAG1, DHGATEDESIGNERBAG, DIESEL_BAG, DIESELBAG, DINNERBAG99, DIOE2023, DISCOUNTBAGS, DKUTBAG66, DLBAG, DUFFLE_BAG, DWBAG1, EDISON_CHEN_SHONS, ETERNAL_E, EXPENSIVE_BAG, EYE_CATCHING_BAG, FACTORY__OUTLET, FACTORYSALES11, FASHION20231688, FASHIONABLE_BAG, FASHIONBAG1314, FASHIONBAG5858, FASHIONBAGS89, FASHIONHANDBAG_01, FASHIONUS_BAGSSALE, FASTERSHIP, FLL01, | **CIVIL ACTION NO.**<br>**24-cv-6167 (JGLC)**<br><br>**[PROPOSED]**<br>**UNSEALING ORDER** |

| |
|---|
| FLYBOLTS, FORNECKLACE, FPLOIKK, FUN_SEXTOY, GARDENS, GC_SHOES6, GDRYASHOE6868, GGBOOTS, GGSDFQ, GIFT_BAG, GIFTSTORE8, GIVENCE_BAG, GONGXIFACAI2023, GOODSHOES2, GOYARDD_BAG, GUAGUAFACAIBAG, GUANGZHOU_HANDBAG2, GUCCI80, GUCCIS_BAG, GUOLICENG, GYHOBOBAG, HANDBAG_023, HANDBAG06, HANDBAGSLONGCHAMP, HAO5212021, HAOYUNLAI88808, HAPPY888F, HAPPYFAMILY_ZZ, HAVE_BAG, HERMEES, HH_BAGS, HIBAG_UO, HOBOLVBAGS, HOT011, HOUSEHOLD_ITEMS_HALL, HUAHUA886, HUANYU_BAG, IGETSTORE, IJEUF521, ILOVEMEGANFOX, INBUY, INTERNATIONAL_LADY, JEWELRYSHOP6, JF8899, JIMMY_LUXURIES, JORDANSELLERDUNK, JOYAL_BAGS, JRACEBAGS666, JUBAIYUAN, JUJIA66, JUMPMANSHOES01, JUNE_BAG, JUNLV566, JUSTBAG2, JY1970, and KO1991, *Defendants* |

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this  19th  day of  September  , 2024, at _____ __.m.
New York, New York

_____
HON. JESSICA G. L. CLARKE
UNITED STATES DISTRICT JUDGE

2